HOME FINANCE COMPANY, 'A CORPORATION, *v.* EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK, RESPONDENT.

No. 3352

July 7, 1942.            127 P. (2d) 397.

*A. S. Henderson* and *Alfred H. McAdoo,* both of Las Vegas, for Petitioner.

*Harold M. Morse* and *Madison B. Graves,* both of Las Vegas, and *Julian Thruston,* of Pioche, for Respondent.

## OPINION

By the Court, TABER, J.:

The question involved in this proceeding becomes moot because of the conclusions reached in Home Finance Co. et al. v. Balcom et al., 61 Nev. 301, 127 P. (2d) 389, companion case decided this day. The proceeding is therefore dismissed, the respective parties to pay their own costs.